No. 11–1128.  REILLY ET AL. *v.* CERIDIAN CORP.  C. A. 3d Cir.
Certiorari denied.

No. 11–1136.  ALGER *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 11–1137.  ALY *v.* CITY OF LAKE JACKSON, TEXAS.  C. A.
5th Cir.  Certiorari denied.

No. 11–1140.  MACIAS *v.* GOOD TIMES STORES, INC.  Ct. App.
Tex., 8th Dist.  Certiorari denied.

No. 11–1142.  O'NAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–1149.  KASONSO *v.* HOLDER, ATTORNEY GENERAL.
C. A. 10th Cir.  Certiorari denied.

No. 11–1152.  STARKEY *v.* MINOR MIRACLE PRODUCTIONS,
LLC, ET AL.  Sup. Ct. Idaho.  Certiorari denied.

No. 11–1156.  BERNAL *v.* CHERRY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–1164.  PLEASANT *v.* NEESMITH TIMBER CO., INC.  C. A.
11th Cir.  Certiorari denied.

No. 11–1169.  BHAMA *v.* MICHIGAN STATE EMPLOYEES' RETIREMENT SYSTEM.  Ct. App. Mich.  Certiorari denied.

No. 11–1171.  COMENOUT ET AL. *v.* WASHINGTON.  Sup. Ct.
Wash.  Certiorari denied.

No. 11–1174.  BIRCH *v.* NORTH CAROLINA.  Sup. Ct. N. C.
Certiorari denied.

No. 11–1176.  NOREEN *v.* SHINSEKI, SECRETARY OF VETERANS
AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.